**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00095-CR

_____

## JAMES WILLIAM SMITH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 10035-D**

## O R D E R

This appeal has been unduly stalled due to the failure of Appellant's retained counsel, Bill Fisher, to file an appellate brief. The brief was originally due on October 31, 2012. On October 30, counsel filed his first motion for extension, which this court granted. On November 21, 2012, counsel filed a second motion for extension, which was also granted and which extended the deadline to

December 17, 2012.  We have had no further communication from counsel. More than four months have passed since the extended deadline, and counsel has yet to file a brief.

By this order, Bill Fisher is ORDERED to file in this court a brief on behalf of Appellant on or before **May 24, 2013**.

PER CURIAM

May 9, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.